**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4887 |

June 6, 2007

### LETTER ORDER

Re:   Social Clubhouse v. Ford Motor Company
      Civil Action No. 03-4558 (HAA)

Dear Counsel:

Please be advised that Oral Argument has been scheduled and will be heard by the undersigned on **August 17th, 2007 at 10:00 a.m..** Arguments on said date shall consist of Ford's objections to notice of Subpoena Duces Tecum re: David Wotton, and on the informal discovery dispute re: Third Party JWT.   Should you have any questions please call (973) 297-4887.

   **SO ORDERED.**

                                              *s/Esther Salas*
                                              **Esther Salas, U.S.M.J**

cc:   Clerk
      Hon. Harold A. Ackerman, U.S.D.J.
      File